[No. 9013–5–I.   Division One.   August 31, 1981.]

THE CITY OF EDMONDS, *Respondent,* v. JEFFERY
GIBSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79–1–00785–9, John F. Wilson, J.,
entered June 13, 1980. *Affirmed* by unpublished opinion
per Durham, J., concurred in by James, C.J., and Williams,
J.

[No. 9279–1–I.   Division One.   August 31, 1981.]

MARK S. BOLIN, *Appellant,* v. THE MUNICIPAL
COURT OF THE CITY OF KIRKLAND,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–09284–7, T. Patrick Corbett, J., entered
August 13, 1980. *Dismissed* by unpublished opinion per
James, C.J., concurred in by Williams and Durham, JJ.

[No. 8397–0–I.   Division One.   August 31, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
E. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 10551, Marshall Forrest, J., entered
January 29, 1980. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Ringold, A.C.J., and
Williams, J.